UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    TANIKA S. DAVIS<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.19-15607-JKF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 11th day of May, 2020, by first class mail upon those listed below:

TANIKA S. DAVIS
8012 Ogontz Avenue
Philadelphia, PA  19150

**Electronically via CM/ECF System Only:**

DEMETRIUS J PARRISH JR ESQ
THE LAW OFFICE of DEMETRIUS J PARRISH JR
7715 CRITTENDEN STREET  #360
PHILADELPHIA, PA  19118

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee