# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**TANIKA S. DAVIS**                                              BK. No. 19-15607 JKF
      Debtor
                                  :      Chapter No. 13
**WELLS FARGO BANK, N.A.**                       :
      Movant                                           :
      v.
**TANIKA S. DAVIS**
      Respondent                                  11 U.S.C. §362

## ORDER

AND NOW, this **1st** day of **June**, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**JEAN K. FITZSIMON**,
**Bankruptcy Judge**

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

DEMETRIUS J. PARRISH
The Law Offices of Demetrius J. Parrish
7715 Crittenden Street, #360
Philadelphia, PA 19118

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Tanika S. Davis
8012 Ogontz Avenue
Philadelphia, PA 19150

Jerome B. Blank, Esq.
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, Pa 19103