United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-15607-jkf
Tanika S. Davis  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2  User: Keith  Page 1 of 1  Date Rcvd: Jun 01, 2020
  Form ID: pdf900  Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.
db  +Tanika S. Davis,   8012 Ogontz Avenue,    Philadelphia, PA 19150-1412
cr  +U.S. Bank National Association,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,  Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.  TOTAL: 0

  ***** BYPASSED RECIPIENTS *****
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2020 at the address(es) listed below:
  DEMETRIUS J. PARRISH    on behalf of Debtor Tanika S. Davis djpbkpa@gmail.com,
   djp711@aol.com;r60715@notify.bestcase.com
  JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
  MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
  REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its
   individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX (B)
   bkgroup@kmllawgroup.com
  SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
  SCOTT F. WATERMAN (Chapter 13)     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com
  SHEETAL R. SHAH-JANI    on behalf of Creditor    U.S. Bank National Association
   sshahjani@rascrane.com
  THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
  United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
  TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**TANIKA S. DAVIS**                                           BK. No. 19-15607 JKF
        **Debtor**

        :    **Chapter No. 13**
**WELLS FARGO BANK, N.A.**          :
        **Movant**            :
        v.
**TANIKA S. DAVIS**

        **Respondent**            11 U.S.C. §362

**ORDER**

AND NOW, this 1st day of June, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**JEAN K. FITZSIMON**,
**Bankruptcy Judge**

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

DEMETRIUS J. PARRISH
The Law Offices of Demetrius J. Parrish
7715 Crittenden Street, #360
Philadelphia, PA 19118

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Tanika S. Davis
8012 Ogontz Avenue
Philadelphia, PA 19150

Jerome B. Blank, Esq.
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, Pa 19103