**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tanika S. Davis<br>　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX<br>　　　　　Movant<br>　　vs. | NO. 19-15607 JKF |
| Tanika S. Davis<br>　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this 8th day of June, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 440 Glen Echo Rd, Philadelphia, PA 19119 ("Property), as to Movant, its successors or assignees.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JEAN K. FITZSIMON
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Tanika S. Davis
8012 Ogontz Avenue
Philadelphia, PA 19150

Demetrius J. Parrish Esq.
The Law Offices of Demetrius J. Parrish
7715 Crittenden Street, #360
Philadelphia, PA 19118

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532