| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-15607-AMC**

TANIKA S. DAVIS  
8012 Ogontz Avenue  
Philadelphia  PA    19150

Petition Filed Date: 09/10/2019  
341 Hearing Date: 01/24/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2020 | $6,900.05 | 17194813  tran | 02/21/2020 | $2,000.00 | | 05/20/2020 | $2,000.00 | |
| 05/21/2020 | $2,000.00 | | 06/24/2020 | $2,000.00 | | | | |

**Total Receipts for the Period:  $14,900.05    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,900.05**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,900.05 | Current Monthly Payment: | $2,056.75 |
| Paid to Claims: | $0.00 | Arrearages: | $1,553.95 |
| Paid to Trustee: | $1,374.30 | Total Plan Base: | $123,405.00 |
| Funds on Hand: | $13,525.75 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.