B2100B (Form 2100B) (12/15)

**UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of PENNSYLVANIA**

| | |
|---|---|
| IN RE: | § |
| | §     **CASE NO.** |
| **TANIKA S DAVIS** | §     **19-15607-amc** |
| | §     **Chapter 13** |
| | § |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim Number    **5** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/7/2020   (date).

Name of Alleged Transferor
**U.S. BANK NATIONAL
ASSOCIATION**

Name of Transferee
NewRez LLC
d/b/a Shellpoint Mortgage Servicing

Address of Alleged Transferor:
**U.S. BANK NATIONAL
ASSOCIATION
PO Box 619096
Dallas, TX 75261-9741**

Address of Transferee:
Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
CLERK OF THE COURT

B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern District of PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**TANIKA S DAVIS** | §<br>§   **CASE NO.**<br>§   **19-15607-amc**<br>§   **Chapter 13**<br>§ |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NewRez LLC d/b/a Shellpoint Mortgage Servicing | U.S. BANK NATIONAL ASSOCIATION |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should
be sent:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 5
Amount of Claim: $ 273484.87
Date Claim Filed: 02/19/2020

Phone: (800)365-7107
Last Four Digits of Acct #: 8642

Phone: (800) 643-0202
Last Four Digits of Acct.#: 4249

Name and Address where transferee payments should
be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Manuel Quiogue

Date:                    10/7/2020

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern District of PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.** |
| | § | **19-15607-amc** |
| **TANIKA S DAVIS** | § | **Chapter 13** |
| | § | |

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 10/7/2020   via electronic notice unless otherwise stated:

### *Via U.S. Mail*

**Debtor**

TANIKA S DAVIS
8012 Ogontz Ave
Philadelphia, PA 19150-1412

**Debtors' Attorney**
DEMETRIUS J. PARRISH
THE LAW OFFICES OF DEMETRIUS J. PARRISH
7715 Crittenden St # 360
Philadelphia, PA 19118-4473

**Chapter 13 Trustee**
SCOTT F. WATERMAN (CHAPTER 13)
2901 St Lawrence Ave Ste 100
Reading, PA 19606-2265

Respectfully Submitted,

/s/ Larry Yip
Larry Yip