United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tanika S. Davis  
    Debtor(s)

Case No. 19-15607-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 2  
Date Rcvd: Oct 08, 2020      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14469800 | + U.S. BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name**      **Email Address**

DEMETRIUS J. PARRISH  
     on behalf of Debtor Tanika S. Davis djpbkpa@gmail.com djp711@aol.com;r60715@notify.bestcase.com

JEROME B. BLANK  
     on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

MARIO J. HANYON  
     on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

PAMELA ELCHERT THURMOND  
     on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ  
     on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX (B) bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)

| | | |
|---|---|---|
| District/off: 0313-2 | User: Antoinett | Page 2 of 2 |
| Date Rcvd: Oct 08, 2020 | Form ID: trc | Total Noticed: 1 |

    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SHEETAL R. SHAH-JANI
    on behalf of Creditor U.S. Bank National Association sshahjani@rascrane.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-15607-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Tanika S. Davis
8012 Ogontz Avenue
Philadelphia PA 19150

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/07/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: U.S. BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas, TX 75261-9741 | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0675 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  10/10/20                                    Tim McGrath
                                                   **CLERK OF THE COURT**