*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tanika S. Davis
    Debtor(s)

Case No: 19–15607–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion to Impose Automatic Stay Filed by Tanika S. Davis Represented by DEMETRIUS J. PARRISH (Counsel).

on: 11/18/20

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  10/26/20

Timothy B. McGrath
Clerk of Court

109 – 105
Form 167