United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15607-amc |
| Tanika S. Davis | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Oct 26, 2020 | Form ID: 167 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanika S. Davis, 8012 Ogontz Avenue, Philadelphia, PA 19150-1412 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC d/b/a Shellpoint Mortgage Ser, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14386847 | | M T Bank, Aa 00 Wehrle Drive, Williamsville, NY 14221 |
| 14385841 | + | Mrs Bpo Llc, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14548616 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14386848 | + | ONO Tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14385842 | + | Ocwen Loan Servicing L, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 14385844 | | Philadelphia Dept of Revenue, MSB - 1401 JFK Blvd, Philadelphia, PA 19102 |
| 14385845 | | Philadelphia Dept of Water Revenue, MSB - 1401 JFK Blvd, Philadelphia, PA 19102 |
| 14393644 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14469800 | + | U.S. BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas, TX 75261-9096 |
| 14447465 | + | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14467642 | + | U.S. Bank National Association, not in its individ, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14467217 | + | U.S. Bank National Association, not in its individ, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14395906 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700 |
| 14395678 | | Wells Fargo Bank, N.A., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14385848 | | Wfhm, 7255 Baymeadows Way, Des Moines, IA 50306 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Oct 27 2020 02:12:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14501485 | | Email/Text: megan.harper@phila.gov | Oct 27 2020 02:12:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14385840 | + | Email/Text: bknotice@ercbpo.com | Oct 27 2020 02:12:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14386846 | + | Email/Text: bk@lendingclub.com | Oct 27 2020 02:12:00 | Lending Club, 71 Stevenson Suite 300, San Francisco, CA 94105-2985 |
| 14385843 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2020 02:12:00 | Pennsylvania Department of Revenue, Bankruptcy Div P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14398213 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2020 02:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14385846 | + | Email/Text: bankruptcy@sw-credit.com | Oct 27 2020 02:12:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14538241 | + | Email/Text: megan.harper@phila.gov | Oct 27 2020 02:12:00 | The City of Philadelphia, c/o Pamela Elchert |

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: 167 | Total Noticed: 26 |

| 14385847 | + Email/Text: bkr@virtuososourcing.com | | Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
|---|---|---|---|
| | | Oct 27 2020 02:12:00 | Virtuoso Sourcing Grou, 4500 Cherry Creek Drive South, Denver, CO 80246-1500 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2020                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

**Name**          **Email Address**

DEMETRIUS J. PARRISH
    on behalf of Debtor Tanika S. Davis djpbkpa@gmail.com djp711@aol.com;r60715@notify.bestcase.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX (B) bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHEETAL R. SHAH-JANI
    on behalf of Creditor U.S. Bank National Association sshahjani@rascrane.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2    User: Adminstra    Page 3 of 3
Date Rcvd: Oct 26, 2020    Form ID: 167    Total Noticed: 26
TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tanika S. Davis
    Debtor(s)

Case No: 19−15607−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion to Impose Automatic Stay Filed by Tanika S. Davis Represented by DEMETRIUS J. PARRISH (Counsel).

on: 11/18/20

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 10/26/20

Timothy B. McGrath
Clerk of Court

109 − 105
Form 167