United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-15607-amc
Tanika S. Davis  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 2
Date Rcvd: Nov 18, 2020     Form ID: pdf900     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanika S. Davis, 8012 Ogontz Avenue, Philadelphia, PA 19150-1412 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC d/b/a Shellpoint Mortgage Ser, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | + | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Nov 19 2020 02:50:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DEMETRIUS J. PARRISH | on behalf of Debtor Tanika S. Davis djpbkpa@gmail.com djp711@aol.com;r60715@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank N.A. paeb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 4 |

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  N.A. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX (B) bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SHEETAL R. SHAH-JANI
    on behalf of Creditor U.S. Bank National Association sshahjani@rascrane.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tanika S. Davis<br>　　　　　Debtor(s) | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　Movant<br>　　vs.<br>Tanika S. Davis<br>　　　　　Debtor(s)<br>Scott F. Waterman<br>　　　　　Trustee | NO. 19-15607 AMC<br><br>11 U.S.C. Section 362 |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The Order dated June 8, 2020 is hereby vacated, and the automatic stay is reinstated as to Movant's claim[1].

2. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$13,496.59,** which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | March 2020 through November 2020 at $1,522.83/month |
| Suspense Balance: | ($1,439.88) |
| Fees & Costs Relating to Motion: | $1,231.00 |
| **Total Post-Petition Arrears** | **$13,496.59** |

3. The Debtor(s) shall cure said arrearages in the following manner;

　　a) Within seven (7) days of the filing of this Stipulation, Debtor(s) shall file an Amended Chapter 13 Plan to include the post-petition arrears of $**13,496.59** along with any prepetition arrears.

---

[1] Since the original Motion for Relief was filed on January 7, 2020, the underlying claim was transferred to the current Movant per the Transfer of Claim filed on October 7, 2020.

b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of $13,496.59 along with any prepetition arrears.

c). The 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

4. Beginning with the payment due December 1, 2020 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $1,522.83 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

5. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

6. In the event the payments under Section 4 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

7. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

8. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

9. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: 11/9/2020

/s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esq.
Attorney for Movant

Date: 11/16/20

*Demetrius J. Parrish, Jr.*
Demetrius J. Parrish Esq.
Attorney for Debtor(s)

Date: November 16, 2020

/s/ Polly A. Langdon, Esquire, for
Scott F. Waterman, Esq.
Chapter 13 Trustee

Approved by the Court this ___ day of _____, 2020. However, the court retains discretion regarding entry of any further order.

**Date: November 18, 2020**

_____
Bankruptcy Judge
ASHELY M. CHAN