IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                         :
                                              :    Chapter 13
        TANIKA S. DAVIS,                      :
                                              :    Bankruptcy No. 19-15607 (AMC)
                            Debtor.           :
-------------------------------------------------------x
```

# PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #102 filed by the City of Philadelphia on September 16, 2020.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 5, 2021            By:   */s/ Pamela Elchert Thurmond*
                                        PAMELA ELCHERT THURMOND
                                        Deputy City Solicitor
                                        PA Attorney I.D. 202054
                                        City of Philadelphia Law Department
                                        1401 JFK Blvd., 5th Floor
                                        Philadelphia, PA  19102-1595
                                        215-686-0508 (phone)
                                        215-686-0588 (facsimile)
                                        Email: Pamela.Thurmond@phila.gov