# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tanika S. Davis <br>                         Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity but solely as Trustee of the New Residential Mortgage Loan Trust 2020-NPL1, its successors and/or assigns <br>                         Movant <br>     vs. <br> Tanika S. Davis <br>                         Debtor(s) <br> Scott F. Waterman <br>                         Trustee | NO. 19-15607 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of U.S. Bank National Association, not in its individual capacity but solely as Trustee of the New Residential Mortgage Loan Trust 2020-NPL1, which was filed with the Court on or about **January 29, 2021, docket number 124**.

                                        Respectfully submitted,

                                        /s/ Rebecca A. Solarz, Esq.
                                        _____

                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215)-627-1322

Dated: April 13, 2021