IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>TANIKA S DAVIS<br><br>    Debtor(s) | Case No. 19-15607-amc |
| WELLS FARGO BANK, N.A.,<br><br>    Movant | Chapter 13 |
| vs.<br>TANIKA S DAVIS<br><br>    Respondent | 11 U.S.C. §362 |

### ORDER MODIFYING SECTION §362 AUTOMATIC STAY

Upon consideration of the Movant of Wells Fargo Bank, N.A. (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 8012 Ogontz Avenue, Philadelphia, PA 19150 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and Wells Fargo Bank, N.A. may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

**Date: May 10, 2021**

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

TANIKA S DAVIS
8012 OGONTZ AVE
PHILADELPHIA, PA 19150

The Law Offices of Demetrius J. Parrish
7715 Crittenden Street, #360
Philadelphia, PA 19118
djpbkpa@gmail.com

Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

U.S. Trustee, United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106