| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-15607-AMC**

TANIKA S. DAVIS
8012 Ogontz Avenue
Philadelphia  PA    19150

Petition Filed Date: 09/10/2019
341 Hearing Date: 01/24/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2020 | $6,900.05 | 17194813 tran | 02/21/2020 | $2,000.00 |  | 05/20/2020 | $2,000.00 |  |
| 05/21/2020 | $2,000.00 |  | 06/24/2020 | $2,000.00 |  | 10/05/2020 | $3,700.00 |  |
| 03/17/2021 | $2,000.00 |  | 05/11/2021 | $6,000.00 |  |  |  |  |

**Total Receipts for the Period: $26,600.05    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,600.05**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,600.05 | Current Monthly Payment: | $3,667.37 |
| Paid to Claims: | $0.00 | Arrearages: | $3,002.06 |
| Paid to Trustee: | $2,373.30 | Total Plan Base: | $179,964.28 |
| Funds on Hand: | $24,226.75 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.