**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>TANIKA S DAVIS<br><br>Wells Fargo Bank, N.A.,<br>    Movant<br><br>vs.<br><br>TANIKA S DAVIS,<br>    Debtor | Case No. 19-15607-amc<br>Chapter 13 |

**RESPONSE TO MOTION TO MOTION FOR RECONSIDERATION**

    **COMES NOW**, Rushmore Loan Management Services, LLC the new servicer of Debtor's loan, (herein, "Respondent") by and through undersigned counsel, and hereby responds to the Motion for Reconsideration [Doc. 142] filed on May 13, 2021 and in support thereof, shows unto the Court as follows:

    1.    Admitted.

    2.    Admitted.

    3.    Admitted.

    4.    Admitted.

    5.    Admitted.

    6.    Admitted.

    7.    Denied. By way of further answer, the debtor was delinquent on her mortgage payments to Respondent and the predecessor Wells Fargo Bank, N.A. which is the reason why the Notice of Default and the Certification of Default were both filed. Strict proof to the contrary is demanded at trial.

    8.    Denied. By way of further answer, the current post-petition delinquency consists of missing payments for 12/01/2020 – 07/01/2021 @ $1,212.06 each = $9,696.48. In addition, there are attorney fees of $500.00 for the Motion for Reconsideration that also needs to be cured

9.      Denied. By way of further answer, the debtor has not provided any proof that they can cure the outstanding arrears owed to Respondent. Strict proof is demanded at trial

**WHEREFORE**, Respondent respectfully requests that a hearing be held in regard to this matter and for any other relief the Court deems just and proper.

This the 30th day of June 2021

> _/s/ Andrew Spivack_
> Andrew Spivack (Bar No. 84439)
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 302 Fellowship Road, Suite 130
> Mount Laurel, NJ 08054
> Telephone: 844-856-6646 x3017
> Facsimile: 704-369-0760
> E-Mail: PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>TANIKA S DAVIS | Case No. 19-15607-amc<br>Chapter 13 |
| Wells Fargo Bank, N.A.,<br>　　　Movant | |
| vs. | |
| TANIKA S DAVIS,<br>　　　Debtor | |

## **CERTIFICATE OF SERVICE**

　　I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Motion for Reconsideration has been electronically served or mailed, postage prepaid on June 30, 2021 to the following:

TANIKA S DAVIS
8012 OGONTZ AVE
PHILADELPHIA, PA 19150

Demetrius J. Parrish, Attorney for Debtor
7715 Crittenden Street, #360
Philadelphia, PA 19118

Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

                        */s/ Andrew Spivack*
                        Andrew Spivack (Bar No. 84439)
                        Attorney for Creditor
                        BROCK & SCOTT, PLLC
                        302 Fellowship Road, Suite 130
                        Mount Laurel, NJ 08054
                        Telephone:  844-856-6646 x3017
                        Facsimile:  704-369-0760
                        E-Mail:  PABKR@brockandscott.com