**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>TANIKA S DAVIS<br>　　　　　Debtor(s) | Case No. 19-15607-amc |
| Wells Fargo Bank, N.A.,<br><br>　　　　Movant | Chapter 13 |
| vs.<br>TANIKA S DAVIS<br>　　　　Respondents | 11 U.S.C. §362 |

**ORDER**

　　　　**AND NOW**, this　　　　day of　　　　　　　　, 2021, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.


_____
Honorable Ashely M. Chan
United States Bankruptcy Judge