# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

TANIKA S. DAVIS : Chapter 13

    **Debtor(s)** :

: Bky. No. 19-15607-AMC

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Reconsider Order Granting Relief From The Automatic Stay (Doc. #142) (the "Motion"), the opposition filed and after a hearing held on July 7, 2021,

It is hereby **ORDERED** that the Motion is **DENIED** for the reasons stated in Court.

**Date: July 7, 2021**

                                          **ASHELY M. CHAN**
                                          **U.S. BANKRUPTCY JUDGE**