United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-15607-amc
Tanika S. Davis  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Jul 07, 2021  Form ID: pdf900  Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanika S. Davis, 8012 Ogontz Avenue, Philadelphia, PA 19150-1412 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC d/b/a Shellpoint Mortgage Ser, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | + | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Jul 08 2021 00:15:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2021  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:

**Name**    **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DEMETRIUS J. PARRISH
    on behalf of Debtor Tanika S. Davis djpbkpa@gmail.com djp711@aol.com;r60715@notify.bestcase.com

District/off: 0313-2　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jul 07, 2021　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 4

JEROME B. BLANK
 on behalf of Creditor Wells Fargo Bank N.A. paeb@fedphe.com

MARIO J. HANYON
 on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

PAMELA ELCHERT THURMOND
 on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ
 on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
 on behalf of Creditor U.S. Bank National Association bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
 on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX (B) bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
 ECFMail@ReadingCh13.com

SHEETAL R. SHAH-JANI
 on behalf of Creditor U.S. Bank National Association sshahjani@rascrane.com

Scott F Waterman
 on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
 on behalf of Creditor Wells Fargo Bank N.A. paeb@fedphe.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

TANIKA S. DAVIS : Chapter 13

    Debtor(s) :

: Bky. No. 19-15607-AMC

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Reconsider Order Granting Relief From The Automatic Stay (Doc. #142) (the "Motion"), the opposition filed and after a hearing held on July 7, 2021,

It is hereby **ORDERED** that the Motion is **DENIED** for the reasons stated in Court.

Date: July 7, 2021

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**