IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>TANIKA S DAVIS<br><br>Wells Fargo Bank, N.A.,<br>    Movant<br><br>vs.<br><br>TANIKA S DAVIS,<br>    Debtor | Case No. 19-15607-amc<br>Chapter 13 |

**OBJECTION TO CONFIRMATION
OF DEBTOR'S CHAPTER 13 PLAN**

Wells Fargo Bank, N.A. ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 149), and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 10, 2019.

2. Movant holds a security interest in the Debtor's real property located at 8012 Ogontz Avenue, Philadelphia, PA 19150 (the "Property"), by virtue of a Mortgage which is recorded as instrument Number 50675191 in Official Records of Philadelphia County, Pennsylvania. Said Mortgage secures a Note in the amount of $123,653.00.

3. The Debtor filed a Chapter 13 Plan (the "Plan") on July 7, 2021 (Doc 149).

4. Movant filed a Proof of Claim in this case on September 26, 2019 (Claim No. 2-1) listing a total debt of $190,718.83 and pre-petition arrears of $60,336.44.

5. The Debtor filed a Motion for Consideration ("Motion") on May 13, 2021 (Doc. 142).

6. An Order denying the Motion was entered on July 7, 2021 (Doc. 152). The Court

denied the Motion and Debtor's request to add the delinquency to the Plan.

7. Movant objects to the Debtor's Plan that includes any post-petition arrears that have not been approved by Movant.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

/s/ *Andrew Spivack*
Andrew Spivack (Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x3017
Facsimile:  704-369-0760
E-Mail:  PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>TANIKA S DAVIS | Case No. 19-15607-amc<br>Chapter 13 |
| Wells Fargo Bank, N.A.,<br>    Movant | |
| vs. | |
| TANIKA S DAVIS,<br>    Debtor | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection to Confirmation of Debtor's Chapter 13 Plan has been electronically served or mailed, postage prepaid on July 28, 2021 to the following:

TANIKA S DAVIS
8012 OGONTZ AVE
PHILADELPHIA, PA 19150

Demetrius J. Parrish, Debtor's Attorney
7715 Crittenden Street, #360
Philadelphia, PA 19118

Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

United States Trustee, US Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

                                                      */s/ Andrew Spivack*
Andrew Spivack (Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x3017
Facsimile:  704-369-0760
E-Mail:  PABKR@brockandscott.com