# IN THE UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TANIKA S. DAVIS<br>　　　　　　　　　**DEBTOR**<br><br>NEWREZ LLC D/B/A SHELLPOINT<br>MORTGAGE SERVICING<br>　　　　　　　　　**MOVANT**<br>VS.<br><br>TANIKA S. DAVIS<br>　　　　　　　　　**DEBTOR**<br><br>SCOTT F. WATERMAN<br>　　　　　　　　　**TRUSTEE** | CHAPTER 13<br><br>CASE NO. 19-15607-AMC<br><br>11 U.S.C. SECTION 362 |

## ORDER

AND NOW, this _____ day of _____, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on November 18, 2020, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to the premises at 440 Glen Echo Road, Philadelphia, PA 19119, so as to allow NewRez LLC d/b/a Shellpoint Mortgage Servicing, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its in rem State Court remedies, which may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of the premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 26, 2021**

_____
United States Bankruptcy Judge