United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15607-amc |
| Tanika S. Davis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 01, 2021 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanika S. Davis, 8012 Ogontz Avenue, Philadelphia, PA 19150-1412 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC d/b/a Shellpoint Mortgage Ser, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14386847 | | M T Bank, Aa 00 Wehrle Drive, Williamsville, NY 14221 |
| 14626371 | + | MTGLQ Investors, L.P., PO Box 10826, Greenville, SC 29603-0826 |
| 14385841 | + | Mrs Bpo Llc, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14548616 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14386848 | + | ONO Tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14385842 | + | Ocwen Loan Servicing L, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 14385844 | | Philadelphia Dept of Revenue, MSB - 1401 JFK Blvd, Philadelphia, PA 19102 |
| 14385845 | | Philadelphia Dept of Water Revenue, MSB - 1401 JFK Blvd, Philadelphia, PA 19102 |
| 14393644 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14469800 | + | U.S. BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas, TX 75261-9096 |
| 14447465 | + | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14467642 | + | U.S. Bank National Association, not in its individ, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14467217 | + | U.S. Bank National Association, not in its individ, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14624647 | | UMB Bank, National Association, legal, title trustee for LVS Title Trust XIII, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14395906 | #+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14562334 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Lauren, NJ 08054-1218 |
| 14395678 | | Wells Fargo Bank, N.A., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14385848 | | Wfhm, 7255 Baymeadows Way, Des Moines, IA 50306 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 02 2021 04:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 02 2021 04:06:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Sep 02 2021 04:06:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14501485 | | Email/Text: megan.harper@phila.gov | Sep 02 2021 04:06:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14385840 | + | Email/Text: bknotice@ercbpo.com | Sep 02 2021 04:06:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |

Case 19-15607-amc    Doc 167    Filed 09/03/21    Entered 09/04/21 00:37:35    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 01, 2021 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14386846 | + | Email/Text: bk@lendingclub.com | Sep 02 2021 04:07:00 | Lending Club, 71 Stevenson Suite 300, San Francisco, CA 94105-2985 |
| 14385843 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2021 04:06:00 | Pennsylvania Department of Revenue, Bankruptcy Div P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14398213 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2021 04:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14385846 | + | Email/Text: bankruptcy@sw-credit.com | Sep 02 2021 04:06:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14538241 | + | Email/Text: megan.harper@phila.gov | Sep 02 2021 04:06:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14385847 | + | Email/Text: bkr@virtuososourcing.com | Sep 02 2021 04:08:00 | Virtuoso Sourcing Grou, 4500 Cherry Creek Drive South, Denver, CO 80246-1518 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 03, 2021              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:

**Name**    **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DEMETRIUS J. PARRISH
    on behalf of Debtor Tanika S. Davis djpbkpa@gmail.com  djp711@aol.com;r60715@notify.bestcase.com

EMMANUEL J. ARGENTIERI
    on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII c/o Rushmore Loan Management bk@rgalegal.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

JOSHUA I. GOLDMAN

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 01, 2021 | Form ID: pdf900 | Total Noticed: 31 |

    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST IX (B) bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHEETAL R. SHAH-JANI
    on behalf of Creditor U.S. Bank National Association sshahjani@rascrane.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Wells Fargo Bank  N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　TANIKA S. DAVIS<br><br>　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 19-15607-AMC |

## ORDER DISMISSING CHAPTER 13 CASE

　　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED with prejudice and Debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court FOR A PERIOD OF ONE YEAR from the date of this Order.

　　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Dated: September 1, 2021

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE