UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tanika Davis | : | Docket: 19 – 15607 – amc |
| | : | Chapter 13 |
| | : | |

**PRAECIPE TO WITHDRAW A DOCUMENT**

TO THE CLERK OF COURT:

Kindly withdraw document number 167 filed on October 7, 2021.

Respectfully Submitted:

Date: October 10, 2021

/s/ Demetrius J. Parrish, Jr.
Demetrius J. Parrish, Jr., Esquire
7715 Crittenden Street, #360
Philadelphia, Pa. 19118
(215) 735 – 3377/(215) 827 – 5420 fax
Email: djpesq@gmail.com