UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tanika Davis | : | Docket: 19 – 15607 – amc |
| | : | Chapter 13 |
| | : | |

**AMENDED PRAECIPE TO WITHDRAW A DOCUMENT**

TO THE CLERK OF COURT:

Kindly withdraw document number 168 filed on October 7, 2021.

                                            Respectfully Submitted:

Date: October 12, 2021                        /s/ Demetrius J. Parrish, Jr.
                                            Demetrius J. Parrish, Jr., Esquire
                                            7715 Crittenden Street, #360
                                            Philadelphia, Pa. 19118
                                            (215) 735 – 3377/(215) 827 – 5420 fax
                                            Email: djpesq@gmail.com